AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN** **DISTRICT OF** **TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Jose PAZ**<br>**Petoa, DEPT SANTA BARBARA**<br>**Honduras**<br><br>(Name and Address of Defendant) | CRIMINAL COMPLAINT<br><br>Case Number: L-14-PO4233 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 10, 2014** in **Webb** County, in the **Southern** District of **Texas** **Jose PAZ** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer.

in violation of Title(s) **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Jose PAZ, who admitted to being a citizen of Honduras, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on April 10, 2014.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/
Signature of Complainant

Edilberto Torres Jr
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 14, 2014     at     Laredo, Texas
Date                             City and State

Guillermo Garcia, U.S. Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer